# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELLOW BEVERAGE CO., LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SHANNON N. NOUNNA; and BEVERAGE CONCEPTS, INC.,<br><br>    Defendants. | 2:09-cv-2090-LDG-PAL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO VACATE DEADLINE TO SUBMIT PRETRIAL ORDER** |

Plaintiff Mellow Beverage Co., LLC, ("MBC") brought this action against Defendants alleging trademark infringement, unfair competition, and cybersquatting. MBC has now filed a notice of Defendant Shannon N. Nounna's voluntary bankruptcy petition and, consequent to such proceedings, a motion to vacate the pretrial order submission deadline (#45). Accordingly, and for good cause,

THE COURT HEREBY ORDERS that MBC's motion to vacate the deadline to submit a pretrial order (#45) is GRANTED.

DATED this ___ day of December, 2010.

_____
Lloyd D. George
United States District Judge